No. 82–494. BATH IRON WORKS CORP. ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 1st Cir. Motion of respondent Donald J. Simpson for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 82–512. PUBLIC SERVICE COMPANY OF INDIANA, INC. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 7th Cir. Motion of Indiana Air Pollution Control Board for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–628. ENERGY RESERVES GROUP, INC., ET AL. *v.* HODEL, SECRETARY OF ENERGY, ET AL. Temp. Emerg. Ct. App. Certiorari denied. JUSTICE WHITE, JUSTICE POWELL, and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 82–649. FLORIDA BUSINESSMEN FOR FREE ENTERPRISE ET AL. *v.* CITY OF HOMESTEAD, FLORIDA. C. A. 11th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 82–727. MUSTANG TRANSPORTATION CO. ET AL. *v.* RYDER TRUCK LINES, INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 82–754. FLORIDA *v.* COLER. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.